IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.  FLAVIO VILLALVA,

    Defendant.

### ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on January 28, 2011.

IT IS ORDERED THAT A Change of Plea hearing is set for **March 22, 2011, at 2:00 p.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on March 18, 2011.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**  In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS FURTHER ORDERED that Defendant Flavio Villalva is excused from attending the Final Trial Preparation Conference, set for February 4, 2011, and the jury trial in this matter, set to commence March 7, 2011.

DATED:  January 28, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge